JUDGE CASTEL

**DUANE MORRIS LLP**
**Attorneys for Plaintiffs**
744 Broad Street, Suite 1200
Newark, New Jersey 07102
Telephone No. (973) 424.2000
Facsimile No. (973) 424.2001
Email: AGKominsky@duanemorris.com
       JWCarbin@duanemorris.com

07 CV 10494

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



S.J. GARGRAVE SYNDICATE 2724, *as lead Underwriter for Certain Underwriters at Lloyds of London*

          Plaintiff,

  v.

MARWAN SHIPPING & TRADING CO. and AL-BUHAIRA NATIONAL INSURANCE CO.,

          Defendants.

ECF Case

Civil Action No. 07 CV 10494 (KPC)

**PLAINTIFF'S 7.1 STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, S. J. GARGRAVE SYNDICATE 2724, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

DM1\1229157.1

Dated: Newark, New Jersey
      November 20, 2007

                                  DUANE MORRIS LLP

                       By: _____
                                  James W. Carbin, Esq. (JC-5004)
                                  Adam Kominsky, Esq. (AK-3970)
                                  Attorneys for Plaintiff
                                  744 Broad Street, Suite 1200
                                  Newark, New Jersey 07102
                                  Telephone No. (973) 424.2000
                                  Facsimile No. (973) 424.2001