**DUANE MORRIS LLP**
**Attorneys for Plaintiffs**
**744 Broad Street, Suite 1200**
**Newark, New Jersey 07102**
**Telephone No. (973) 424.2000**
**Facsimile No. (973) 424.2001**
**Email: AGKominsky@duanemorris.com**
         **JWCarbin@duanemorris.com**

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/21/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

S.J. GARGRAVE SYNDICATE 2724,

                        Plaintiff,

        v.

MARWAN SHIPPING & TRADING CO. and AL-
BUHAIRA NATIONAL INSURANCE CO.,

                        Defendants.

_____
_____

**ECF Case**

**Civil Action No. 07 CV 10494 (KPC)**

**EX PARTE ORDER APPOINTING**
**PERSONS TO SERVE PROCESS**

        Plaintiff, having moved for an Order appointing John Nidhiry or any other person appointed by

Duane Morris LLP who is 18 years of age and is not a party to this action, to serve an attachment and

garnishment in this matter, and it appearing from the affidavits of John Nidhiry and Adam Kominsky,

Esq., that such appointment will result in substantial economies of time and expense.

        **NOW**, on motion of Duane Morris LLP, attorneys for the Plaintiff it is

        **ORDERED,** that John Nidhiry, or any other person appointed by Duane Morris LLP

who is over 18 years of age and is not a party to this action, be and hereby is, appointed to serve

Process of Maritime Attachment and Garnishment, supplemental process and a copy of the

Verified Complaint in the above-entitled action.

Dated:  Newark, New Jersey
        November 21, 2007

                                        _____
                                                    U.S.D.J.