DUANE MORRIS LLP
**Attorneys for Plaintiffs**
744 Broad Street, Suite 1200
Newark, New Jersey 07102
Telephone No. (973) 424.2000
Facsimile No. (973) 424.2001
Email: AGKominsky@duanemorris.com
         JWCarbin@duanemorris.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

S.J. GARGRAVE SYNDICATE 2724,

    Plaintiff,

  v.

MARWAN SHIPPING & TRADING CO. and AL-BUHAIRA NATIONAL INSURANCE CO.,

    Defendants.

---

Civil Action No.

**EX PARTE ORDER OF MARITIME ATTACHMENT**

  **WHEREAS**, on or about November 20, 2007, Plaintiff S.J. Gargrave Syndicate 2724 filed a Verified Complaint for damages amounting to as best as can be presently ascertained an amount of no less than $829,051, exclusive of interest, costs and reasonable attorneys' fees and praying for the issuance of Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and

**WHEREAS**, the process of Maritime Attachment and Garnishment would command that the United States Marshall or other designated process server attach any and all of the Defendants' property within the District of this Court up to the amount of $829,051;

**WHEREAS**, the Court has reviewed the Verified Complaint and supporting Affidavit, and the conditions of the Supplemental Admiralty Rule B appearing to exist; it is hereby

**ORDERED** that the Process of Maritime Attachment shall issue against all tangible property belonging to, claimed by or being held for the Defendants by any garnishees within this District, including, but not limited to Aon Group Ltd., Bank of America, Barclays PLC, BNP Paribas, Citibank, N.A., Credit Suisse, Deutsche Bank, Dewitt Stern Imperatore, H.S.B.C. Bank U.S.A, ING Bank N.V., J.P. Morgan Chase Bank, N.A., Marsh & McLennan Companies, UBS AG, Wells Fargo N.A. and Willis Ltd. in an amount up to and including $829,051, pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and the New York Civil Practice Law and Rules and it is further

**ORDERED**, that any person claiming an interest in the property attached or garnished pursuant to said Order, shall upon application to the Court, be entitled to a prompt hearing, at which the Plaintiff shall be required to show cause why the attachment and garnishment should not be vacated or otherwise granted; and it is further

**ORDERED**, that Supplemental Process enforcing the Court's Order may be issued by the Clerk upon application without further Order of the Court; and it is further

**ORDERED**, that following initial service by the United States Marshall or other designated process server upon each garnishee, that Supplemental Service of Process of Marine Attachment and Garnishment as well as this Order may be made by way of facsimile

transmission or electronic mail to any garnishee that advises Plaintiff that it consents to such service; and it is further

**ORDERED**, that any garnishee described above is deemed effective continuous service throughout the day and time of such service through the opening of garnishee's business the next business day; and it is further  *provided garnishee consents to same.*

**ORDERED**, that pursuant to the Federal Rules of Civil Procedure 5(b)(2)(d) each garnishee may consent in writing to accept the service by any other means; and it is further

**ORDERED**, that a copy of this Order be attached to and served with said Process of Maritime Attachment and Garnishment.

Dated: New York, New York
      November 20 2007

                                           _____
                                             U.S.D.J.

DM1\1228967.1