Robert M. Sullivan (RS – 0257)
Sara B. Feldman (SF – 7805)
SULLIVAN & MANAREL, LLP
Attorneys for Garnishee
DeWitt Stern Imperatore, Ltd.
1350 Broadway, Suite 1001
New York, New York 10018
Telephone No.: (212) 695-0910
Facsimile No.: (212) 695-0915

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
S.J. GARGRAVE SYNDICATE 2724,

                      Plaintiff,

    -v-

MARWAN SHIPPING & TRADING CO. and
AL-BUHAIRA NATIONAL INSURANCE CO.,

                      Defendants.
---------------------------------------------------------------x

Civil Action No.:
07 CV 10494 (KPC)

**VERIFIED ANSWER OF
GARNISHEE
DEWITT STERN
IMPERATORE, LTD.
IN RESPONSE TO
MARITIME ATTACHMENT
AND GARNISHMENT**

TO THE MARSHALL OF THE SOUTHERN DISTRICT OF NEW YORK:

In compliance with Rule B(3)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, and in reference to that certain Process of Maritime Attachment and Garnishment, dated December 5, 2007, as initially served upon DeWitt Stern Group, Inc., located at 420 Lexington Avenue, Suite 2700, New York, New York, 10170 on or about December 6, 2007, on behalf of garnishee DeWitt Stern Imperatore, Ltd., located at Harborside Financial Center, Plaza Five – Suite 1510, Jersey City, New Jersey, 07311, and again thereafter; garnishee DeWitt Stern Imperatore, Ltd., by its attorneys Sullivan & Manarel, LLP, as and for its Verified Answer, does hereby state, upon information and belief, as follows:

On the date of service upon garnishee of a copy of the aforementioned Process of Maritime Attachment and Garnishment, and as of the date of this response, DeWitt Stern Imperatore, Ltd., had no property or assets in its possession or custody owing or belonging to either of the defendants, Marwan Shipping & Trading Co. and Al-Buhaira National Insurance Co.

Dated: New York, New York
December 21, 2007

                    SULLIVAN & MANAREL, LLP
                    Attorneys for Garnishee
                    DeWITT STERN IMPERATORE, LTD.

By: _____
      Robert M. Sullivan (RS - 0257)
      Sara B. Feldman (SF – 7805)
      1350 Broadway, Suite 1001
      New York, New York 10018
      Tel: (212) 695-0910
      Fax: (212) 695-0915
      Email: rsullivan@smpnylaw.com
              sfeldman@smpnylaw.com
      Our File No. 002-049

## VERIFICATION

STATE OF NEW JERSEY ) 
                    ) ss.: 
COUNTY OF HUDSON    )

DAVID O'DOWD, being duly sworn, deposes and says:

1. I am the managing director of DeWitt Stern Imperatore, Ltd., a garnishee in the above-listed matter.

2. I have reviewed the contents of the foregoing Verified Answer of Garnishee DeWitt Stern Imperatore, Ltd. in Response to Maritime Attachment and Garnishment. I know the contents thereof and the same are true as to my own personal knowledge, except as to those matters stated to be upon information and belief, and as to those matters I believe them to be true. I base my information upon a review of DeWitt Stern Imperatore, Ltd.'s files.

_____
DAVID O'DOWD

Sworn to before me this
21st day of December, 2007

_____
Notary Public

TERESA LAWYUE
NOTARY PUBLIC OF NEW JERSEY
I.D.# 2324729
MY COMMISSION EXPIRES FEBRUARY 3, 2010

SULLIVAN & MANAREL, LLP
Attorneys for Garnishee
DeWitt Stern Imperatore, Ltd.
1350 Broadway, Suite 1001
New York, New York 10018
Telephone No.: (212) 695-0910
Facsimile No.: (212) 695-0915

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
S.J. GARGRAVE SYNDICATE 2724,

                          Plaintiff,

       -v-

MARWAN SHIPPING & TRADING CO. and
AL-BUHAIRA NATIONAL INSURANCE CO.,

                         Defendants.
-------------------------------------------------------------------x

Civil Action No.:
07 CV 10494 (KPC)

**CERTIFICATION
OF SERVICE**

       I, Sara B. Feldman, Esq., hereby certify that on December 21, 2007, I electronically filed the following document:

    1.    Verified Answer of Garnishee DeWitt Stern Imperatore, Ltd. in Response to Maritime Attachment and Garnishment.

using the CM/ECF system, which sent notification of filing to the following:

    1.    James W. Carbin, Esq. – jwcarbin@duanemorris.com
           DUANE MORRIS LLP
           744 Broad Street, Suite 1200
           Newark, New Jersey 07102
           Tel.: (973) 424-2000
           Fax: (973) 424-2001
           Attorneys for Plaintiff
           S.J. GARGRAVE SYNDICATE 2724

    2.    Adam G. Kominsky – agkominsky@duanemorris.com
           DUANE MORRIS LLP
           744 Broad Street, Suite 1200
           Newark, New Jersey 07102
           Tel.: (973) 424-2000

Fax: (973) 424-2001
Attorneys for Plaintiff
S.J. GARGRAVE SYNDICATE 2724

Dated: New York, New York
December 21, 2007

_____
Sara B. Feldman (SF - 7805)