**MEMO ENDORSED**



DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-7-08

E-MAIL: agkominsky.duanemorris.com

www.duanemorris.com

February 1, 2008

[Handwritten memo endorsement: Conference adjourned from Feb 8 to March 28, 2008 at 10:45a. SO ORDERED. /s/ 2-6-08]

**VIA FACSIMILE**
Hon. P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl St., Room 2260
New York, NY 10007

Re:   S.J. Gargrave Syndicate 2724 v. Marwan Shipping & Trading Co. et. al,
      SDNY 07-10494
      File No. K0627.00002

Dear Judge Castel:

   We are counsel for S.J. Gargrave Syndicate 2724 ("S.J. Gargrave") and are writing to Your Honor regarding the initial conference scheduled for February 8, 2008 at 10:45 a.m..

   This is an action where S.J. Gargrave filed an *ex parte* Writ of Maritime Attachment pursuant to Supplemental Rule B of the Federal Rules of Civil Procedure, seeking to attach certain assets belonging to Marwan Shipping and Trading Company and Al-Buhaira National Insurance Company.

   This matter arises out of pollution occurrence(s) in Guam involving the vessel the M/V AJMAN 2. The parties herein are involved in litigation in the Federal District for the Territory of Guam over essentially, the costs of remedying the alleged damages caused by the M/V AJMAN 2. The M/V AJMAN 2 is owned by Marwan and insured by Al-Buhaira. S.J. Gargrave issued a Certificate of Financial Responsibility to the M/V AJMAN 2 for the costs of pollution abatement arising under, *inter alia* the Oil Pollution Act of 1990, 33 U.S.C. §2701 *et. seq.*

   S.J. Gargrave served various banks and other financial institutions with a copy of the Maritime Writ through early January 2008. We are awaiting further confirmation from the garnishees as to any assets that have been restrained. We have notified Marwan Shipping & Trading that $114,100 has been restrained by the garnishee, J.P. Morgan, pursuant to the Maritime Writ. We have also notified the defendants of the conference.

DUANE MORRIS LLP   A DELAWARE LIMITED LIABILITY PARTNERSHIP                    WALTER J. GREENHALGH, RESIDENT PARTNER

744 BROAD STREET, SUITE 1200  NEWARK, NJ 07102-3889                            PHONE: 973.424.2000  FAX: 973.424.2001
DM1\1284581.1

**DuaneMorris**

February 1, 2008
Page 2

     Despite being notified of the conference, defendants have not contacted us although counsel for the defendants in the Guam action has discussed the matter with S.J. Gargrave's counsel in that matter. As of now, the defendants, both foreign entities, have yet to be served.

     Currently, the parties are attempting to resolve the dispute in the Guam action, which will likely resolve the matter herein. In the event the matter is resolved, we will promptly notify Your Honor.

Respectfully submitted,

Adam Kominsky

AGK/tmr

DM1\1284581.1