**DUANE MORRIS LLP**
**Attorneys for Plaintiffs**
744 Broad Street, Suite 1200
Newark, New Jersey 07102
Telephone No. (973) 424.2000
Facsimile No. (973) 424.2001
Email: AGKominsky@duanemorris.com
        JWCarbin@duanemorris.com

```
┌─────────────────────────────┐
│ USDS SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____    │
│ DATE FILED: 3/13/08         │
└─────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

S.J. GARGRAVE SYNDICATE 2724,

                    Plaintiff,

        v.

MARWAN SHIPPING & TRADING CO. and AL-
BUHAIRA NATIONAL INSURANCE CO.,

                    Defendants.

---

**ECF Case**

**Civil Action No. 07 CV 10494 (KPC)**

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)(ii), Plaintiff, S.J. Gargrave Syndicate 2724, as

Lead Syndicate for Certain Underwriters at Lloyd's of London, hereby stipulates to the dismissal

of the within action with prejudice voluntarily.

Dated: March 11, 2008

Respectfully submitted,

_____
Adam Kominsky (3970)
DUANE MORRIS LLP
744 Broad Street, Suite 1200
Newark, NJ 07102-3889
Telephone: 973.424-2000
Facsimile: 973.424-2001

Attorneys for Plaintiff
S.J. Gargrave Syndicate 2724

*SO ORDERED*

*[signature]*
*USDJ*
*3-13-08*

DM1\1299679.1