DUANE MORRIS LLP
Attorneys for Plaintiffs
744 Broad Street, Suite 1200
Newark, New Jersey 07102
Telephone No. (973) 424.2000
Facsimile No. (973) 424.2001
Email: AGKominsky@duanemorris.com
       JWCarbin@duanemorris.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

S.J. GARGRAVE SYNDICATE 2724,

    Plaintiff,

v.

MARWAN SHIPPING & TRADING CO. and AL-BUHAIRA NATIONAL INSURANCE CO.,

    Defendants.

ECF Case

Civil Action No. 07 CV 10494 (PKC)

**ORDER**

---

Pursuant to the Stipulation of Dismissal submitted by Plaintiff and for good cause shown, **it is hereby ORDERED** that the action herein, is dismissed with prejudice.

**It is further hereby ORDERED** that any funds being held or attached by a third party bank or garnishee with respect to the Writ of Maritime Attachment and Complaint filed in the within action shall be released to Defendants and/or revert back to the Defendants or the rightful designee.

Each party shall bear its own costs and attorneys' fees.

Dated: 3-13-08

    Judge Kevin P. Castel
    U.S.D.C.

DM1\1299687.1